IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

GREENVILLE IMAGING, LLC                                                                      PLAINTIFF

vs.                                                                                        No. 4:05CV137-D-D

WASHINGTON HOSPITAL CORPORATION
d/b/a THE KING'S DAUGHTERS HOSPITAL                                                         DEFENDANT

## JUDGMENT

After a bench trial and pursuant to an opinion issued this day, the court rules that

(1) the Defendant Washington Hospital Corporation d/b/a The King's Daughters Hospital breached the MRI Service Agreement between it and the Plaintiff Greenville Imaging, LLC;

(2) the Plaintiff failed to establish that it is entitled to any compensatory damages as a result of the breach;

(3) the Plaintiff is entitled to an award of attorneys' fees and expenses pursuant to the parties' Agreement. THEREFORE,

(4) judgment for attorneys' fees and expenses is hereby RENDERED in favor of the Plaintiff and against the Defendant in an amount to be determined at a future date; in connection with this ruling, the Plaintiff shall submit within 30 days of the date of this judgment an affidavit outlining its incurred attorneys' fees and litigation expenses; the Defendant shall file any response to the affidavit within ten days after its submission, and the Plaintiff shall rebut any response of the Defendant within five days after the response has been served; and

(5) this case is CLOSED.

SO ORDERED, this the 27th day of April 2007.

/s/ Glen H. Davidson
Chief Judge